**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Out of Site Infrastructure, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3728878** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **600 Crum Creek Road** <br> **Media, PA 19063** <br> Number, Street, City, State & ZIP Code | **105 Jessup Road, #100** <br> **Thorofare, NJ 08086** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Delaware** <br> County | **Location of principal assets, if different from principal place of business** <br> **693 Painter Street Media, PA 19063** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Out of Site Infrastructure, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

8129

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

Debtor   **Out of Site Infrastructure, Inc.**         Case number (*if known*) _____
      Name

---

| 11. | **Why is the case filed in *this district?*** | *Check all that apply:* |
|---|---|---|

     ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|---|---|

■ **No**

☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

             Contact name _____

             Phone _____

---

■   **Statistical and administrative information**

---

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

     ☐ Funds will be available for distribution to unsecured creditors.

     ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

---

| 15. | **Estimated Assets** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Out of Site Infrastructure, Inc.**                                              Case number (*if known*) _____
        Name

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2019**
               MM / DD / YYYY

**X /s/ Paul Verna**                                      **Paul Verna**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ Christian A. DiCicco, Esq.**            Date **August 22, 2019**
Signature of attorney for debtor                     MM / DD / YYYY

**Christian A. DiCicco, Esq.**
Printed name

**Law Offices of Christian A. DiCicco**
Firm name

**2008 Chestnut Street**
**Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone  **215-564-6812**      Email address  **cdicicco@myphillybankruptcylawyer.com**

**85373 PA**
Bar number and State

---

A-Jon Construction
719 Old Marple Road
Springfield, PA 19064


A.C. Miller Concrete
c/o Joseph DiGiorgio, Esq.
1800 E. Lancaster Avenue
Paoli, PA 19301


ABC Apprenticeship Trust
430 W. Germantown Pike
Norristown, PA 19403


Accredited Surety Agency, LLC
1260 W. Homestead Lane
Easton, PA 18042


ACF Environmental
PO Box 758763
Baltimore, MD 21275


Action Mobile Industries
PO Box 758689
Baltimore, MD 21275


Ahern Rentals
PO Box 271390
Las Vegas, NV 89127


Alpine Sanitation
729 Meadow Wood Avenue
Pottstown, PA 19465


AMC Nursery
70 Hatfield Pike
Suite 200
Souderton, PA 18964

AmQuip Crane Rental, LLC
PO Box 8500-2945
Philadelphia, PA 19178-2945


ASI Comprehensive Waste Managment
1 Shea Way
Newark, DE 19713


Atlantic Concrete Products, Inc.
PO Box 129
8900 Old Route 13
Bristol, PA 19007


B.R. Kreider & Son, Inc.
63 Kreider Lane
Manheim, PA 17545


Bankers Insurance Company
436 Walnut Street
Philadelphia, PA 19106


Barry Islett & Associates, Inc.
85 S. Route 100
Allentown, PA 18106


Beatty Road Properties, LLC
600 Crum Creek Road
Media, PA 19063


Berkshire Hills Bancorp
24 North Street
Pittsfield, MA 01201


Best Line Equipment
515 S. Bolmar Street
West Chester, PA 19382

Chaz's Tree Service
PO Box 696
Broomall, PA 19008


Clark Industrial Supply, Inc.
301 West High Street
Pottstown, PA 19464


Collinson, Inc.
PO Box 397
Uwchland, PA 19480


Colonial Tree Service
1855 Street Road
Southampton, PA 18966


Construction Data Company
PO Box 981097
Boston, MA 02298-1097


Construction Labor Contractors
2055 Briggs Road, Suite 103
Mount Laurel, NJ 08054


Currie Grove, LLC
300 Old Readong Pike
Bldg. 1, Suite 102
Pottstown, PA 19464


Delaware Valley Regional Economic Develo
1500 Market Street
2th Floor East Tower
Philadelphia, PA 19102


DiStefno Landscape Services, Inc.
181 Robbins Road
Downingtown, PA 19335

Earth Engineering, Inc.
115 W. Germantown Pike
Norristown, PA 19401


Elliot Greenleaf & Siedzikowski, PC
Attn: Frederick Santerelli, Esq.
925 Harvest Drive, PO Box 3010
Blue Bell, PA 19422


Environmental Geosynthetics, Inc.
PO Box 355
Richlandtown, PA 18955


Federal Rent a Fence
PO Box 266
West Berlin, NJ 08091


FRANC Environmental of NJ
321 Maple Avenue
Horsham, PA 19044


G&G Fabricating Co., Inc.
PO Box 896105
Charlotte, NC 28289


George Associates
2340 Montgomery Street
Silver Spring, MD 20910


Giannascoli & Kent
93 W. Devon Drive, Suite 102
Monticello, NY 12701


HArfor Mutual
200 North Main Street
Bel Air, MD 21014

HD Supply Waterworks
PO Box 91036
Chicago, IL 60693-1036


Heavy Construction Systems
13151 Airport Blvd.
Sugar Land, TX 77478


Hilltop
PO Box 991
Media, PA 19063


Horizon Engineering
428 Main Street
Pennsburg, PA 18073


Hydro International Stormwater
94 Hutchins Drive
Portland, ME 04102


Infinity Lines, Inc.
100 Valley Creek Road
Plymouth Meeting, PA 19462


Internal Revenue Service
Room 5200 IE:T3:1
600 Arch Street
Philadelphia, PA 19106


Kempton Engineering
871 Stony Run
Kempton, PA 19529


Kent's Treet Service
22 Thimbleberry Lane
Levittown, PA 19054

Knight Bros., Inc.
100 Wellington Road
Aston, PA 19014


L&M Geo-Fabrics, Inc.
PO Box 22808
Tampa, FL 33622


Mardinly Enterprises, LLC
701 Parkway Blvd.
Broomall, PA 19008


Mass Mutual Financial Group
PO Box 1583
Hartford, CT 06144


McGovern Environmental
920 S. Bolmar Street
West Chester, PA 19382


Midlantic Machinery
2240 Bethlehem Pike
Hatfield, PA 19440


Miller Concrete, LLC
PO Box Schuylkill Road
Phoenixville, PA 19460


MorganRail, Inc.
PO Box 313
94 Willow Creek
Temple, PA 19560


Mulch Barn
10 Schoolhouse Road, Suite 2
Souderton, PA 18964

National Construction Rentals, Inc.
PO Box 4503
Pacoima, CA 91333


New Jersey Manufacturers Insurance Co.
Workers Compensation
PO Box 1228
Trenton, NJ 08628-0227


Norris Sales Co.
1300 East Ridge Pike
Plymouth Meeting, PA 19462


Opdenaker, Inc.
8 Elm Avenue
Aston, PA 19014


PA One Call System, Inc.
PO Box 641121
Pittsburgh, PA 15264


Parke Bank
601 Delsea Drive
Sewell, NJ 08080


Paul & Maria Verna
600 Crum Creek Road
Media, PA 19063


Paul DeVlieger, Esq.
1518 Walnut Street, 16th Floor
Philadelphia, PA 19102


Pennsylvania Department of Revenue
P.O. Box 280946
Bankruptcy Department
Harrisburg, PA 17128-0846

Pro Max Fence Systems
2621 Central Ave.
Reading, PA 19605


RetaDyne
PO Box 645452
Cincinnati, OH 45264


RMS
PO Box 20543
Lehigh Valley, PA 18002


Road Safety Systems, LLC
12 Park Drive
Vincentown, NJ 08088


Robert Noguerns
838 Piney Hollow Road
Hammonton, NJ 08037


Roma Concrete, Inc.
9004 West Chester Pike
Upper Darby, PA 19082


Stronstown's B&K Enterprises, Inc.
260 Route 403 South
PO Box 124
Strongstown, PA 15957


Thesing Power Sweeping
PO Box 5655
Woodbury, NJ 08096


TJ Equipment Company
510B Abbot Drive
Broomall, PA 19008

Town Square Rentals
2357 West Chester Pike
Broomall, PA 19008


Trego Excavating Company
PO Box 203
Lionville, PA 19353


Tri-County Building Supplies, Inc.
PO Box 1018
Pleasantville, NJ 08232


U.S. Surety Company
20 West Aylesbury Road
Lutherville Timonium, MD 21093


Underground Services, Inc.
24 Hagerly Blvd., Suite 11
West Chester, PA 19382


United Site Services
PO Box 5502
Binghamton, NY 13902


Verna & Associates
105 Jessup Road, Suite 100
Thorofare, NJ 08086


Websitebackup Company
2375 E. Camelback Road, Suite 600
Phoenix, AZ 85016


Wilkinson & Associates, Inc.
1220 Valley Forge Road
The Commons at Valley Forge Unit 25
PO Box 987
Phoenixville, PA 19460

Wilkinson, Inc.
2200 Flowing Springs Road
Chester Springs, PA 19425


William F. Saldutti, III, Esq.
BNY Mellon Center
1735 Market Street, Suite 3750
Philadelphia, PA 19103


Zeager Brothers
4000 E. Harrisburg Pike
Middletown, PA 17057

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Out of Site Infrastructure, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Out of Site Infrastructure, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 22, 2019**

Date

**/s/ Christian A. DiCicco, Esq.**

**Christian A. DiCicco, Esq.**

Signature of Attorney or Litigant

Counsel for   **Out of Site Infrastructure, Inc.**

**Law Offices of Christian A. DiCicco**
**2008 Chestnut Street**
**Philadelphia, PA 19103**
**215-564-6812 Fax:215-564-6814**
**cdicicco@myphillybankruptcylawyer.com**

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    __Out of Site Infrastructure, Inc.__ _____    Case No. _____

Debtor(s)    Chapter    __7__ _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Paul Verna**, declare under penalty of perjury that I am the **President** of  **Out of Site Infrastructure, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 19th day of August, 2019.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Paul Verna**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Paul Verna**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Paul Verna**, **President** of this Corporation is authorized and directed to employ **Christian A. DiCicco, Esq.**, attorney and the law firm of **Law Offices of Christian A. DiCicco** to represent the corporation in such bankruptcy case."

Date    **August 22, 2019** _____    Signed    **/s/ Paul Verna** _____

**Paul Verna**

Resolution of Board of Directors
of
**Out of Site Infrastructure, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Paul Verna**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Paul Verna**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Paul Verna**, **President** of this Corporation is authorized and directed to employ **Christian A. DiCicco, Esq.**, attorney and the law firm of **Law Offices of Christian A. DiCicco** to represent the corporation in such bankruptcy case.

Date   **August 22, 2019**                    Signed   **/s/ Paul Verna**