UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
1735 Market Street, Suite 3750
Philadelphia, PA 19103
(610) 994-1137
(610) 200-6272 FAX
Attorney for Creditor, Berkshire Bank

_____

| IN RE: | : CASE NUMBER: 19-15269 |
|---|---|
|  | : |
| OUT OF SITE INFRASTRUCTURE INC | : |
|  | : CHAPTER 7 |
| Debtor. | : |
|  | : |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of xx. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Saldutti Law Group
Rebecca K. McDowell, Esquire
1735 Market Street
Suite 3750
Philadelphia, PA 19103
Email: rmcdowell@slgcollect.com


SALDUTTI LAW GROUP

/S/ REBECCA K. MCDOWELL
_____
REBECCA K. MCDOWELL, ESQUIRE

Dated: August 23, 2019