United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-15269-elf
Out of Site Infrastructure, Inc.                                            Chapter 7
Out of Site Infrastructure, Inc.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Aug 23, 2019
                             Form ID: 130           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db              +Out of Site Infrastructure, Inc.,   Mailing Address,   105 Jessup Road # 100,
                 Thorofare, NJ 08086-2182
db               Out of Site Infrastructure, Inc.,   600 Crum Creek Road,   Media, PA 19063-1646

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
           CHRISTIAN A. DICICCO   on behalf of Debtor   Out of Site Infrastructure, Inc.
           cdicicco@myphillybankruptcylawyer.com,  christianadicicco@gmail.com;r57075@notify.bestcase.com
           GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
           REBECCA K. MCDOWELL   on behalf of Creditor   Berkshire Bank rmcdowell@slgcollect.com,
           pwirth@slgcollect.com
           United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 4

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                  Chapter: 7

       Out of Site Infrastructure,
Inc.

               Debtor(s)              Bankruptcy No: 19–15269–elf

### *O R D E R*

**AND NOW,** this 23rd day of August 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

              <u>Documents and Deadline</u>

              Atty Disclosure Statement due 09/5/2019
              Schedule A/B due 09/5/2019
              Schedule D due 09/5/2019
              Schedule E/F due 09/5/2019
              Schedule G due 09/5/2019
              Schedule H due 09/5/2019
              Statement of Financial Affairs due 09/5/2019
              Summary of statistical liabilities B206 due 9/5/19
              Corporate Resolution due 9/5/19

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                         By the Court

                                         Eric L. Frank
                              Judge , United States Bankruptcy Court