United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15269-elf
Out of Site Infrastructure, Inc.                                          Chapter 7
Out of Site Infrastructure, Inc.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Nov 27, 2019
                              Form ID: 195              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
db          +Out of Site Infrastructure, Inc.,   600 Crum Creek Road,   Media, PA 19063-1646
db          +Out of Site Infrastructure, Inc.,   Mailing Address,   105 Jessup Road # 100,
              Thorofare, NJ 08086-2182
cr          +Berkshire Bank,   c/o Saldutti Law Group,   Rebecca K. McDowell, Esquire,   1735 Market Street,
              Suite 3750,   Philadelphia, PA 19103-7532
cr          +Elliott Greenleaf, P.C.,   Elliott Greenleaf,   925 Harvest Drive,   Suite 300,
              Blue Bell, PA 19422-1956
cr          +Parke Bank,   601 Delsea Drive,   Sewell, NJ 08080-2833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor    Out of Site Infrastructure, Inc.
               cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
              FREDRIC L. SHENKMAN    on behalf of Creditor    Parke Bank fshenkman@cooperlevenson.com
              GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;Jblackford@gsbblaw.com
              JOHN C. KILGANNON    on behalf of Creditor    Delaware Valley Regional Economic Development Fund
               jck@stevenslee.com,    pam@stevenslee.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Berkshire Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              ROGER J. HARRINGTON, Jr.    on behalf of Creditor    Elliott Greenleaf, P.C.
               rjh@elliottgreenleaf.com,    kac@elliottgreenleaf.com
              SCOTT AARON LEVIN    on behalf of Creditor    Bankers Insurance Company slevin@mdmc-law.com,
               mmorano@mdmc-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM J. PERRONE    on behalf of    F & M Equipment, Ltd. et al wjperrone@verizon.net
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Out of Site Infrastructure, Inc.  : Case No. 19−15269−elf

    Debtor(s)

***ORDER***
_____

AND NOW, this day , November 27, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

45
Form 195